# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| CELINA MIRABAI VAZQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:18-CV-544-MAT<br><br><br><br>ORDER |

The parties, through their respective counsel, hereby stipulate that the Commissioner's final decision should be reversed and remanded for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g). On remand, the administrative law judge will offer Plaintiff the opportunity for a new hearing and a new decision. The ALJ will re-evaluate Plaintiff's subjective complaints and the medical opinion of Plaintiff's treating physician, Jeffrey Warner, D.O., in light of the record as a whole. Based on the medical evidence and the evaluation of Plaintiff's testimony, the ALJ will determine Plaintiff's residual functional capacity and proceed with the sequential evaluation, obtaining vocational expert evidence as needed.

Upon proper application, Plaintiff may seek an award of reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, et seq.

DATED this 20th day of August, 2018.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Christopher J. Brackett
CHRISTOPHER J. BRACKETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2545
Fax: (206) 615-2531
christopher.brackett@ssa.gov